CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Rike
MAR 25 2010
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HECTOR MOREL, ) | Civil Action No. 7:09-cv-00346 |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| WARDEN O'BRIEN, ) | By: Hon. Jackson L. Kiser |
| Respondent. ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that respondent's motion for summary judgment is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 25th day of March, 2010.

Senior United States District Judge